the Buffalo German Insurance Company against the Third National Bank of Buffalo. No opinion. Judgment affirmed, with costs.